PROB 12B
(10/05)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Sammuel Dewayne Gulley |
| **Case Number:** | 2:13-CR-0140-ACA-JHE |
| **Name of Sentencing Judicial Officer:** | Honorable Annemarie Carney Axon |
| **Date of Original Sentence:** | June 19, 2014 |
| **Original Offense:** | **Count 1:** 21 U.S.C § 846 - Conspiracy to Possess with Intent to Distribute Controlled Substances |
| | **Count 3 and 4:** 21 U.S.C § 841(a)(1)- Possession with Intent to Distribute Controlled Substances |
| | **Count 12, 22, 25, 26, 31, 33, 34, 36, 37, 38, 40 and 41:** 21 U.S.C § 843(b) - Use of Communication Device to Facilitate Drug Trafficking Crime |
| **Original Sentence:** | Bureau of Prisons for a total term 120 months as to each of counts 1,3, and 4; for a term of 48 months as to each of counts 12, 22, 25, 26, 21, 33, 34, 36, 37, 38, 40 and 41. The custodial sentenced imposed under each count shall be served concurrently. Custody time followed by 60 months TSR with specialized conditions. The defendant also ordered to |

PROB 12B                                         2

Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

Name of Offender: Sammuel Dewayne Gulley     Docket No: 2:13-CR-0140-ACA-JHE

forfeit the sum of $5,000,000 as a money judgement.

**Type of Supervision:**          Supervised Release

**Date Supervision Commenced:**   August 3, 2021

## Petitioning the court

☐   To extend the term of supervision for _ year, for a total term of _ years.
☒   To modify the conditions of supervision as follows:

**Add the following Special Condition:**

The defendant shall not have any contact with Rickeysha Humphrey without permission of his Probation Officer or the Court.

No contact includes both in person and indirect contact. No contact through third parties, as well as no contact via social media or cellular/internet devices.

**CAUSE**

Mr. Sammuel Gulley and Rickeysha Humphrey were previously in a relationship. Throughout the past several months, Ms. Humphrey would contact Mr. Gulley's Probation Officer and report incidents regarding Mr. Gulley. To date, no arrests have been made by local law enforcement officials.

PROB 12B                                    3

Request for Modifying the<br>
Conditions or Terms of Supervision<br>
with consent of the Offender

Name of Offender: Sammuel Dewayne Gulley         Docket No: 2:13-CR-0140-ACA-JHE

Mr. Gulley has previously been instructed to not have any contact with Ms. Rickeysha Humphrey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On             07/14/2023

/s Tyler Spaldi
Tyler Spaldi
U.S. Probation Officer
205-716-2957

Approved By    /s Douglas Blair Gregory, Jr.
7-14-2023
Douglas Blair Gregory Jr.
Supervising U.S. Probation Officer

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above

PROB 12B 4

Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

Name of Offender: Sammuel Dewayne Gulley        Docket No: 2:13-CR-0140-ACA-JHE

☒  The Modification of Conditions as Noted Above

☐  Other

**DONE** and **ORDERED** this July 18, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE