PROB 12D
(07/05)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Summons and Modification of the Conditions or Term of Supervision

| | |
|---|---|
| **Name of Offender:** | Sammuel Dewayne Gulley |
| **Original Case Number:** | 2:13-CR-0140-ACA-JHE |
| **Name of Sentencing Judicial Officer:** | Honorable Annemarie Carney Axon |
| **Name of Original Judicial Officer** | Honorable Sharon Lovelace Blackburn |
| **Date of Original Sentence:** | June 19, 2014 |
| **Original Offense:** | **Count 1:** 21 U.S.C § 846- Conspiracy to Possess with Intent to Distribute Controlled Substances |
| | **Counts 3 and 4:** 21 U.S.C § 841(a)(1)- Possession with Intent to Distribute Controlled Substances |
| | **Counts 12, 22, 25, 26, 31, 33, 34, 36, 37, 38, 40 and 41:** 21 U.S.C § 843(b) - Use of Communication Device to Facilitate Drug Trafficking Crime |
| **Original Sentence:** | Custody of the United States Bureau of Prisons for a total term 120 months |
| | Custodial time followed by 60 months of supervised release with special conditions. $1,500 Special Assessment Fee |
| **Date of Previous Revocation:** | April 2, 2024 |
| **Revocation Sentence:** | Custody sentence of 6 months followed by 22 months supervised release with the following additional conditions:<br>1. Search Condition<br>2. No contact with Rickeysha Humphrey |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | August 3, 2021 |

PROB 12D                                    2

Request for Summons and Modification
of the Conditions or Term of Supervision

Name of Offender: Samuel Gulley                Docket No: 2:13-CR-00140-ACA-JHE

## PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and a hearing held to modify the conditions of supervision as follows:

The defendant shall be placed on GPS Location Monitoring for 12 months.

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

On April 2, 2024, Mr. Gulley was ordered to have no contact with Rickeysha Humphrey due to a Domestic Violence occurrence. It has been reported to the probation office that Mr. Gulley has allegedly been in contact with her. Probation has been provided video footage of Mr. Gulley coming to and leaving Ms. Humphrey's residence which was recorded by the security camera located on the front porch of her home. The latest video shows a time stamp dated February 5, 2025, which shows when Mr. Gulley entering to her residence. Ms. Humphrey also informed this probation officer that they have been in contact since he completed his previous revocation sentence of home detention. Though she admitted their contact has been consensual, Mr. Gulley was ordered by the court to avoid all contact with Ms. Humphrey, which he has failed to do so. To hopefully prevent any further issues between Ms. Humphrey and Mr. Gulley, the probation office recommends the Location Monitoring (GPS) be reimposed for the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On        2/10/2025

/s Anthony May
Anthony May
U.S. Probation Officer
205-716-2979

Approved By    /s/Melissa A. Torres
Melissa A. Torres
Supervisor U.S. Probation Officer

PROB 12D                                3

                                           Request for Summons and Modification
                                      of the Conditions or Term of Supervision

Name of Offender: Samuel Gulley                Docket No: 2:13-CR-00140-ACA-JHE

**THE COURT ORDERS**

☐      No Action

☒      The Issuance of a Summons

☐      Other

**DONE** and **ORDERED** this February 28, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE