PROB 12B
(10/05)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Sammuel Dewayne Gulley |
| **Case Number:** | 2:13-CR-0140-ACA-JHE |
| **Name of Sentencing Judicial Officer:** | Honorable Annemarie Carney Axon |
| **Name of Original Judicial Officer:** | Honorable Sharon L. Blackburn |
| **Date of Original Sentence:** | June 19, 2014 |
| **Original Offense:** | **Count 1:** 21 U.S.C § 846 - Conspiracy to Possess with Intent to Distribute Controlled Substances |
| | **Counts 3 and 4:** 21 U.S.C § 841(a)(1) - Possession with Intent to Distribute Controlled Substances |
| | **Counts 12, 22, 25, 26, 31, 33, 34, 36, 37, 38, 40 and 41:** 21 U.S.C § 843(b) - Use of Communication Device to Facilitate Drug Trafficking Crime |
| **Original Sentence:** | Custody of the United States Bureau of Prisons for a total term 120 months |
| | Custodial time followed by 60 months Supervised Release with special conditions. $1,500 Special Assessment Fee |
| **Date of Revocation:** | April 2, 2024 |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | September 27, 2024 |

PROB 12B 2

Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

Name of Offender: Sammuel Dewayne Gulley      Docket No: 2:13-CR-0140-ACA-JHE

## PETITIONING THE COURT

☐ To extend the term of supervision for __year, for a total term of _ years.
☒ To modify the conditions of supervision as follows:

**Violation Number:**   Nature of Noncompliance
**Special Condition**   You must avoid ALL contact with Rickeysha Humphrey. If the defendant violates any condition, the probation officer is to bring this immediately to the Court's attention.

## CAUSE

On April 2, 2024, Mr. Gulley was ordered to have no contact with Rickeysha Humphrey due to a previous Domestic Violence occurrence. It was reported to the probation office that Mr. Gulley has allegedly been in contact with Ms. Humphrey. The probation office received video footage of Mr. Gulley arriving and leaving Ms. Humphrey's residence. The footage was recorded by the security camera located on the front porch of her residence. The timestamp on the latest video shows when Mr. Gulley entering to her residence on February 5, 2025.

Ms. Humphrey also informed this probation officer that they have been in contact since he completed his previous revocation sentence in October of 2024. Though she admitted their contact has been consensual, Mr. Gulley was ordered by the Court to avoid all contact with Ms. Humphrey which he has failed to do.

To hopefully prevent any further issues between Ms. Humphrey and Mr. Gulley, the probation office recommends that Mr. Gulley be placed on Location Monitoring (GPS) for a term of 12 months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On      April 2, 2025

/s Anthony May
Anthony May
U.S. Probation Officer
205-716-2979

PROB 12B 3

Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

Name of Offender: Sammuel Dewayne Gulley          Docket No: 2:13-CR-0140-ACA-JHE

Approved By   /s/Melissa A. Torres
Melissa A. Torres
Supervising U.S. Probation Officer

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ Other

**DONE** and **ORDERED** this April 7, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE